```
                                                          FILED
                                                        April 22, 2014
          UNITED STATES DISTRICT COURT FOR THE      CLERK, US DISTRICT COURT
                                                    EASTERN DISTRICT OF
          EASTERN DISTRICT OF CALIFORNIA                 CALIFORNIA
                                                        DEPUTY CLERK
```

UNITED STATES OF AMERICA, )
)  Case No. 2:14-MJ-00090-KJN
        Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
ANNE RASAMEE, )
)
        Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __ANNE RASAMEE__ , Case No. __2:14-MJ-00090-KJN__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    _✔_ Bail Posted in the Sum of $__50,000.00__

        _✔_ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

        _✔_ (Other)    Pretrial conditions as stated on the record; The Defendant is ordered to appear in the District of Colorado on 05/07/2014 at 2:00 PM before Magistrate Shaffer at 901 19th Street, Denver CO.

Issued at __Sacramento, CA__ on __April 22, 2014__ at __2:30 p.m.__ .

By _____
Kendall J. Newman
United States